Case 2:01-cv-07009-RSWL-RZ   Document 957   Filed 12/23/02   Page 1 of 10   Page ID #:296

COPY

RECEIVED
BUT NOT FILED

JUL 29 2002

CLERK U.S DISTRICT COURT
DEC 23 2002
CENTRAL DISTRICT OF CA

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEINBERG, MOORAD & DUNN, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAVID L. DUNN, an individual; ATHLETES FIRST, LLC, a Delaware corporation; DAVID C. HUNNEWELL, an individual; CENTURION CAPITAL MANAGEMENT, LLC, a Massachusetts limited liability company; DONALD HOUSMAN, an individual; BROAD OPPORTUNITY YIELD SYSTEM, LLC (a/k/a B.O.Y.S.), a New Jersey limited liability company,<br><br>Defendants. | Case No. 01-7009 RSWL (RZx)<br><br>[Proposed] ORDER GRANTING DEFENDANTS DONALD HOUSMAN'S AND BROAD OPPORTUNITY YIELD SYSTEM, LLC'S MOTION FOR SUMMARY JUDGMENT AND JUDGMENT THEREON<br><br>Hearing<br>Date:    Monday, August 19, 2002<br>Time:   10:00 a.m.<br>Ctrm:   Hon. Ronald S.W. Lew |

DEC 26 2002

(957)

The Court, having considered DEFENDANTS DONALD HOUSMAN'S AND BROAD OPPORTUNITY YIELD SYSTEM, LLC'S MOTION FOR SUMMARY JUDGMENT on all claims asserted against them by plaintiff Steinberg, Moorad & Dunn, Inc., the Opposition thereto, the arguments of counsel, and all other matters presented to the Court, finds that good cause exists for granting that motion. Therefore,

IT IS HEREBY ORDERED that the motion is **GRANTED**, ~~and all remaining counts of the SECOND AMENDED COMPLAINT asserted against defendants Donald Housman and Broad Opportunity Yield System, LLC are hereby~~ **DISMISSED WITH PREJUDICE**. ~~Judgment is hereby entered in favor of Defendants Donald Housman and Broad Opportunity Yield System, LLC and against plaintiff Steinberg, Moorad & Dunn, Inc.~~

Dated: Dec. ~~July~~ 23, 2002

RONALD S.W. LEW

THE HONORABLE RONALD S.W. LEW,
JUDGE OF THE UNITED STATES
DISTRICT COURT

Submitted by:

SHEPPARD MULLIN RICHTER & HAMPTON LLP
KENT R. RAYGOR, CAL. BAR NO. 117224
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone:      (213) 620-1780
Facsimile:      (213) 620-1398

STEVENS & LEE
JOSEPH WOLFSON, admitted *pro hac vice*
One Glenhardie Corporate Center
1275 Drummers Lane, Suite 202
P.O. Box 236
Wayne, Pennsylvania 19087-0236
Telephone:      (610) 964-1480
Facsimile:      (610) 376-5610

By _____
KENT R. RAYGOR, July 29, 2002

Attorneys for Defendants
DONALD HOUSMAN AND
BROAD OPPORTUNITY YIELD SYSTEMS, LLC

-1-

## PROOF OF SERVICE BY FACSIMILE TRANSMISSION

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the within action or proceeding.

My business address is 333 South Hope Street, 48th Floor, Los Angeles, California 90071, which is located in the county where the facsimile machine transmission described below took place.

On July 29, 2002, at _____ (am/pm), I sent a facsimile machine transmission from the following facsimile machine telephone number: (213) 620-1398 of the following document(s):

1. [PROPOSED] ORDER GRANTING DEFENDANTS DONALD HOUSMAN AND BROAD OPPORTUNITY YIELD SYSTEM, LLC'S MOTION FOR SUMMARY JUDGMENT AND JUDGMENT THEREON;

to the following telefacsimile numbers:

**PLEASE SEE ATTACHED SERVICE LIST.**

Upon completion of the said facsimile machine transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error. A copy of said transmission report is attached hereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 29, 2002, at Los Angeles, California.

_____

PRINT NAME_____

## SERVICE LIST

### Steinberg Moorad & Dunn, Inc. v. David L. Dunn, et al.
Case No. 01-7009 RSWL (BQRx)

| | |
|---|---|
| Gregory B. Genske, Esquire<br>Christopher J. Banks, Esquire<br>BROBECK, PHLEGER & HARRISON LLP<br>One Market - Spear Street Tower<br>San Francisco, California 94105<br>*Attorneys for Plaintiff*<br>*Steinberg Moorad & Dunn, Inc.* | Telephone No.:   (415) 442-0900<br>Telefacsimile No.: (415) 442-1010 |
| Salvatore Picariello, Esquire<br>BROBECK, PHLEGER & HARRISON<br>38 Technology Drive<br>Irvine, California 92618-5301<br>*Attorneys for Plaintiff*<br>*Steinberg Moorad & Dunn, Inc.* | Telephone No.:   (949) 790-6300<br>Telefacsimile No.: (949) 790-6301 |
| Joseph Wolfson, Esquire<br>STEVENS & LEE<br>One Glenhardie Corporate Center<br>1275 Drummers Lane, Suite 202<br>P.O. Box 236<br>Wayne, Pennsylvania 19087-0236<br>*Attorneys for Defendants*<br>*Donald Housman and Broad*<br>*Opportunity Yield System, LLC* | Telephone No.:   (610) 293-5893<br>Telefacsimile No.: (610) 988-0808 |
| Andrew Kim, Esquire<br>ALSCHULER, GROSSMAN, STEIN<br>& KAHAN, LLP<br>2049 Century Park East, 39th Floor<br>Los Angeles, California 90067-3213<br>*Attorneys for Defendant Athletes First*<br>*Attorneys for Defendant David L. Dunn*<br>*Attorneys for Third-Party Brian Murphy* | Telephone No.:   (310) 907-1000<br>Telefacsimile No.: (310) 907-2000 |

| | | |
|---|---|---|
| Lee J. Hutton, Esquire<br>Stephen C. Sutton, Esquire<br>DUVIN, CAHN & HUTTON<br>1301 East 9th Street, 20th Floor<br>Cleveland, Ohio 44114<br>*Attorneys for Defendant Athletes First*<br>*Attorneys for Defendant David L. Dunn* | Telephone No.:<br>Telefacsimile No.: | (216) 623-6080<br>(216) 696-2038 |
| Allan Posner, Esquire<br>Brendan Mitchell, Esquire<br>Andrew Kelly, Esquire<br>RUBIN & RUDMAN<br>50 Rowes Wharf<br>Boston, Massachusetts 02110<br>*Attorneys for Defendants*<br>*David C. Hunnewell and*<br>*Centurion Capital Management, LLC* | Telephone No.:<br>Telefacsimile No.: | (617) 330-7081<br>(617) 439-9556 |
| Aaron C. Gundzik, Esquire<br>COTTON & GUNDZIK LLP<br>725 South Figueroa Street, 34th Floor<br>Los Angeles, California 90017<br>*Attorneys for David C. Hunnewell and*<br>*Centurion Capital Management, LLC* | Telephone No.:<br>Telefacsimile No.: | (213) 312-1335<br>(213) 623-6699 |
| Ronald D. Reynolds, Esquire<br>Laurie E. Smith, Esquire<br>J. Andrew Sjoblom, Esquire<br>KAYE SCHOLER, LLP<br>1999 Avenue of the Stars, Suite 600<br>Los Angeles, California 90067-6048<br>*Attorneys for Intervenor*<br>*National Football League Players Assn., Inc.* | Telephone No.:<br>Telefacsimile No.: | (310) 788-1375<br>(310) 229-1875 |
| David G. Feher, Esquire<br>Jeffrey Kessler, Esquire<br>WEIL, GOTSHALL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>*Attorneys for NFLPA* | Telephone No.:<br>Telefacsimile No.: | (212) 310-8000<br>(212) 310-8007 |

Donald J. Kula, Esquire  
Tracy Roman, Esquire  
RIORDAN & MCKINZIE  
300 South Grand Avenue, 29th Floor  
Los Angeles, California 90071  
*Attorneys for Third-Party Lawrence Antoine*

Telephone No.:       (213) 629-4824  
Telefacsimile No.:   (213) 229-8550

## PROOF OF SERVICE BY U.S. MAIL

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the within action or proceeding. My business address is Sheppard, Mullin, Richter & Hampton LLP, 333 South Hope Street, 48th Floor, Los Angeles, California 90071, which is located in the county in which the within-mentioned mailing occurred. I am readily familiar with the practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence will be deposited with the United States Postal Service on the same day in the ordinary course of business.

On July 29, 2002, I served the following document(s):

**[PROPOSED] ORDER GRANTING DEFENDANTS DONALD HOUSMAN AND BROAD OPPORTUNITY YIELD SYSTEM, LLC'S MOTION FOR SUMMARY JUDGMENT AND JUDGMENT THEREON;**

by placing  X  a true copy __ the original in a separate envelope for each addressee named below, with the name and address of the persons served shown on the envelope as follows:

### SEE ATTACHED SERVICE LIST

and by sealing the envelope and placing it in the appropriate location at my place of business for collection and mailing with postage fully prepaid in accordance with ordinary business practices.

Executed on July 29, 2002, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
DONNA A. GRIMES

## SERVICE LIST

### Steinberg Moorad & Dunn, Inc. v. David L. Dunn, et al.
Case No. 01-7009 RSWL (BQRx)

| | | |
|---|---|---|
| Gregory B. Genske, Esquire<br>Christopher J. Banks, Esquire<br>BROBECK, PHLEGER & HARRISON LLP<br>One Market - Spear Street Tower<br>San Francisco, California 94105<br>*Attorneys for Plaintiff*<br>*Steinberg Moorad & Dunn, Inc.* | Telephone No.:<br>Telefacsimile No.: | (415) 442-0900<br>(415) 442-1010 |
| Salvatore Picariello, Esquire<br>BROBECK, PHLEGER & HARRISON<br>38 Technology Drive<br>Irvine, California 92618-5301<br>*Attorneys for Plaintiff*<br>*Steinberg Moorad & Dunn, Inc.* | Telephone No.:<br>Telefacsimile No.: | (949) 790-6300<br>(949) 790-6301 |
| Joseph Wolfson, Esquire<br>STEVENS & LEE<br>One Glenhardie Corporate Center<br>1275 Drummers Lane, Suite 202<br>P.O. Box 236<br>Wayne, Pennsylvania 19087-0236<br>*Attorneys for Defendants*<br>*Donald Housman and Broad*<br>*Opportunity Yield System, LLC* | Telephone No.:<br>Telefacsimile No.: | (610) 293-5893<br>(610) 988-0808 |
| Andrew Kim, Esquire<br>ALSCHULER, GROSSMAN, STEIN<br>& KAHAN, LLP<br>2049 Century Park East, 39th Floor<br>Los Angeles, California 90067-3213<br>*Attorneys for Defendant Athletes First*<br>*Attorneys for Defendant David L. Dunn*<br>*Attorneys for Third-Party Brian Murphy* | Telephone No.:<br>Telefacsimile No.: | (310) 907-1000<br>(310) 907-2000 |

| | |
|---|---|
| Lee J. Hutton, Esquire<br>Stephen C. Sutton, Esquire<br>DUVIN, CAHN & HUTTON<br>1301 East 9th Street, 20th Floor<br>Cleveland, Ohio 44114<br>*Attorneys for Defendant Athletes First*<br>*Attorneys for Defendant David L. Dunn* | Telephone No.:   (216) 623-6080<br>Telefacsimile No.:   (216) 696-2038 |
| Allan Posner, Esquire<br>Brendan Mitchell, Esqire<br>Andrew Kelly, Esquire<br>RUBIN & RUDMAN<br>50 Rowes Wharf<br>Boston, Massachusetts 02110<br>*Attorneys for Defendants*<br>*David C. Hunnewell and*<br>*Centurion Capital Management, LLC* | Telephone No.:   (617) 330-7081<br>Telefacsimile No.:   (617) 439-9556 |
| Aaron C. Gundzik, Esquire<br>COTTON & GUNDZIK LLP<br>725 South Figueroa Street, 34th Floor<br>Los Angeles, California 90017<br>*Attorneys for David C. Hunnewell and*<br>*Centurion Capital Management, LLC* | Telephone No.:   (213) 312-1335<br>Telefacsimile No.:   (213) 623-6699 |
| Ronald D. Reynolds, Esquire<br>Laurie E. Smith, Esquire<br>J. Andrew Sjoblom, Esquire<br>KAYE SCHOLER, LLP<br>1999 Avenue of the Stars, Suite 600<br>Los Angeles, California 90067-6048<br>*Attorneys for Intervenor*<br>*National Football League Players Assn., Inc.* | Telephone No.:   (310) 788-1375<br>Telefacsimile No.:   (310) 229-1875 |
| David G. Feher, Esquire<br>Jeffrey Kessler, Esquire<br>WEIL, GOTSHALL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>*Attorneys for NFLPA* | Telephone No.:   (212) 310-8000<br>Telefacsimile No.:   (212) 310-8007 |

Donald J. Kula, Esquire
Tracy Roman, Esquire
RIORDAN & MCKINZIE
300 South Grand Avenue, 29th Floor
Los Angeles, California 90071
*Attorneys for Third-Party Lawrence Antoine*

Telephone No.:      (213) 629-4824
Telefacsimile No.:  (213) 229-8550

Donald J. Kula, Esquire
Tracy Roman, Esquire

Telephone No.:      (213) 629-4824
Telefacsimile No.:  (213) 229-8550