JOHN W. COTTON, SBN 93831
AARON C. GUNDZIK, SBN 132137
COTTON & GUNDZIK LLP
725 South Figueroa Street, 34th Floor
Los Angeles, California 90017
Telephone: (213) 312-1330
Facsimile: (213) 623-6699

ALAN K. POSNER (pro hac vice)
BRENDAN P. MITCHELL (pro hac vice)
RUBIN AND RUDMAN LLP
50 ROWES WHARF
BOSTON, MASSACHUSETTS 02110
Telephone: (617) 330-7000
Facsimile: (617) 439-9556

Attorneys for Defendants
DAVID C. HUNNEWELL and
CENTURION CAPITAL MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEINBERG, MOORAD & DUNN, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAVID L. DUNN, an individual; ATHLETES FIRST, LLC, a Delaware corporation; DAVID C. HUNNEWELL, an individual; CENTURION CAPITAL MANAGEMENT, LLC, a Massachusetts limited liability company; PLATINUM EQUITY, LLC, a Delaware limited liability company; DONALD HOUSMAN, an individual; BROAD OPPORTUNITY YIELD SYSTEM, LLC (a/k/a B.O.Y.S.), a New Jersey limited liability company,<br><br>Defendants. | Case No. 01-7009 RSWL (RZx)<br><br>[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS DAVID C. HUNNEWELL AND CENTURION CAPITAL MANAGEMENT, LLC'S MOTION FOR SUMMARY JUDGMENT<br><br>Date: August 19, 2002<br>Time: 10:00 A.M.<br>Courtroom: 21<br>Trial Date: October 1, 2002 |

520478_1

[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS DAVID C. HUNNEWELL AND CENTURION CAPITAL MANAGEMENT, LLC'S MOTION FOR SUMMARY JUDGMENT

# [PROPOSED] ORDER

The Defendant David C. Hunnewell and Defendant Centurion Capital Management, LLC's Motion for Summary Judgment against Plaintiff Steinberg, Moorad & Dunn, Inc. ("SMD") came on regularly for hearing before this Court on August 19, 2002 at 9:00 a.m. in Courtroom 21 before the Honorable Ronald S. Lew, District Judge presiding. Aaron C. Gundzik of Cotton & Gundzik LLP appeared as attorney for Defendants David C. Hunnewell ("Hunnewell") and Centurion Capital Management, LLC ("Centurion"), Franklin Brockway Gowdy, Kent M. Roger, Mark E. McKeen and Gregory B. Genske of Brobeck, Phleger & Harrison LLP, appeared as attorneys for Plaintiff SMD.

After considering the moving and opposition papers, arguments of counsel and all other matters present to the Court, IT IS HEREBY ORDERED THAT:

1. Summary judgment is GRANTED for Defendant Hunnewell and for Defendant Centurion on Plaintiff's Third Claim for Relief, False Advertising in violation of the Lanham Act, 15 U.S.C. §1125(a). No genuine issue of material fact exists with respect to this claim and Defendant Hunnewell and Defendant Centurion are entitled to judgment as a matter of law.

2. Summary judgment is DENIED for Defendant Hunnewell and for Defendant Centurion on Plaintiff's Fourth Claim for Relief, Declaratory Judgment.

3. Summary judgment is DENIED for Defendant Hunnewell and for Defendant Centurion on Plaintiff's Seventh Claim for Relief, Common Law and Statutory Unfair Competition Under Cal. Prof. & Bus. Code Section 17200 et seq.

4. Summary judgment is GRANTED for Defendant Hunnewell and for Defendant Centurion on Plaintiff's Eighth Claim for Relief, Misappropriation of Trade Secrets. No genuine issue of material fact exists with respect to this claim and Defendant Hunnewell and Defendant Centurion are entitled to judgment as a matter of law.

520478_1

1.

5.  Summary judgment is DENIED for Defendant Hunnewell and for Defendant Centurion on Plaintiff's Ninth Claim for Relief, Intentional Interference With Contract.

6.  Summary judgment is DENIED for Defendant Hunnewell and for Defendant Centurion on Plaintiff's Tenth Claim for Relief, Intentional Interference With Prospective Economic Advantage.

7.  Summary judgment is GRANTED for Defendant Hunnewell and for Defendant Centurion on Plaintiff's Thirteenth Claim for Relief, Misleading Advertising in Violation of the California Business & Professions Code Section 17500. No genuine issue of material fact exists with respect to this claim and Defendant Hunnewell and Defendant Centurion are entitled to judgment as a matter of law.

8.  Summary judgment is DENIED for Defendant Hunnewell and for Defendant Centurion on Plaintiff's Fourteenth Claim for Relief, Conspiracy.

9.  Summary judgment is DENIED for Defendant Hunnewell and for Defendant Centurion on Plaintiff's Fifteenth Claim for Relief, Unjust Enrichment.

10. Summary judgment is DENIED for Defendant Hunnewell and for Defendant Centurion on Plaintiff's Sixteenth Claim for Constructive Trust.

520478_1

2.

[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS DAVID C HUNNEWELL AND CENTURION CAPITAL MANAGEMENT, LLC'S MOTION FOR SUMMARY JUDGMENT

1     11.   Summary judgment is GRANTED for Defendant Hunnewell and for Defendant Centurion on Plaintiff's Seventeenth Claim for Relief, Aiding and Abetting a Breach of Fiduciary Duty. No genuine issue of material fact exists with respect to this claim and Defendant Hunnewell and Defendant Centurion are entitled to judgment as a matter of law.

IT IS SO ORDERED.

Dated: __12-23__, 2002

RONALD S.W. LEW

_____
THE HONORABLE RONALD S.W. LEW
United States District Court Judge

Presented by:

RUBIN AND RUDMAN LLP

_Brendan Mitchell (ysw)_
Brendan Mitchell

Attorneys for Defendants
DAVID C. HUNNEWELL and
CENTURION CAPITAL MANAGEMENT, LLC,

520478_1

3.

[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS DAVID C. HUNNEWELL AND CENTURION CAPITAL MANAGEMENT, LLC'S MOTION FOR SUMMARY JUDGMENT

## PROOF OF SERVICE

I declare that I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within case; my business address is: Cotton & Gundzik LLP, 725 South Figueroa Street, Suite 3400, Los Angeles, California 90017.

On <u>August 26, 2002</u>, I served the following document(s) described as:

**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS DAVID C. HUNNEWELL AND CENTURION CAPITAL MANAGEMENT, LLC'S MOTION FOR SUMMARY JUDGMENT**

on the following interested parties in this action:

See Attached service list.

[]   **(BY TELEFACSIMILE TRANSMISSION)** at approximately φ:φ [φ] AM [φ] PM, from the telefacsimile transmitting machine at the offices of Cotton & Gundzik LLP, South Figueroa Street, Suite 3400, Los Angeles, California 90017 [Telecopy no. (213) 312-1330], to the attention of the following interested parties in this action, at addressee's facsimile no : please see attached service list.

This transmission was reported as complete and without error. The attached transmission confirmation report was properly issued by the transmitting facsimile machine.

[]   **(BY OVERNIGHT DELIVERY)**
         []   BY FEDERAL EXPRESS DELIVERY
         []   BY UNITED STATES EXPRESS MAIL
         []   BY EXPRESS DELIVERY SERVICE

[X]   **(BY MAIL)** []  **(BY CERTIFIED MAIL)** by placing a true copy thereof in a sealed envelope with postage fully prepaid. I am readily familiar with the business practice of Cotton & Gundzik LLP for collection and processing of correspondence for mailing with the United States Postal Service, and the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on <u>August 26, 2002</u> at Los Angeles, California.

<u>Diane M. Gotori</u>
name                    Signature

Steinberg Moorad & Dunn v. Dunn, et al.
Case No. 01-07009 RSWL (BQRx)

Franklin Brockway Gowdy
Kent M. Roger
Mark E. McKeen
Gregory B. Genske
Brobeck, Phleger & Harrison
One Market - Spear Street Tower
San Francisco, CA 94105
T: 415/442-0900                F: 415/442-1010

Salvatore Picariello
Brobeck, Phleger & Harrison LLP
38 Technology Drive
Irvine, CA 92618-5301
T: 949/790-6300                F: 949/790-6301

Counsel for Plaintiffs
Steinberg Moorad & Dunn, Inc.

Andrew Kim
Alschuler, Grossman, Stein & Kahan
1620 26th Street, 4th Floor
Santa Monica, CA 90404-4060
T: 310/907-1000                F: 310/907-2000

Lee Hutton, Esq.
Steve Sutton, Esq.
Duvin, Cahn & Hutton
1301 East Ninth Street 20th Floor
Cleveland, OH 44114
T. 216-623-6080                F. 216-696-2038

Counsel for Athletes First, David Dunn

Ronald D. Reynolds
Laurie E. Smith
J. Andrew Sjoblom
Kaye Scholer
1999 Avenue of the Stars, #600
Los Angeles, CA 90067-6048
T: 310/788-1375                F: 310/229-1875

Jeffrey Kessler
Weil, Gotshall & Manges LLP
767 5th Avenue
New York, NY 10153
T: 212/310-8000                F: 212/310-8007

Counsel for the National Football League Players Assn., Inc.

Joe Wolfson
Stevens & Lee
One Glenhardie
Corporate Center
1275 Drummers Lane, Suite 202
Wayne, PA 19087
T: 610/293-5893                F: 610/687-1384

Counsel for Donald Housman, B.O.Y.Z.

Kent R. Raygor
Sheppard Mullin Richter & Hampton
333 South Hope Street, 48th Floor
Los Angeles, CA 90071-1448
T. 213/620-1780                F: 213/620-1398

Counsel for Donald Housman, B.O.Y.Z.

Donald J. Kula
Riordan & McKinzie
300 South Grand Ave., 29th Floor
Los Angeles, CA 90071
T: 213/629-4824                F: 213/229-8550

Counsel for Platinum Equity, LLC

Alan Posner
Brendan Mitchell
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110
T: 617/330-7081
F: 617/439-9556

Counsel for David C. Hunnewell,
Centurion Capital Management LLC