FRANKLIN BROCKWAY GOWDY (Bar No.: 47918)
KENT M. ROGER (Bar No.: 95987)
ROLLIN B. CHIPPEY (Bar No.: 107941)
GREGORY B. GENSKE (Bar No.: 197085)
CHRISTOPHER J. BANKS (Bar No. 218779)
MORGAN, LEWIS & BOCKIUS LLP
One Market – Spear Street Tower
San Francisco, California 94105
Telephone: (415) 442-0900
Facsimile: (415) 442-1010

SALVATORE PICARIELLO (Bar No. 190442)
MORGAN, LEWIS & BOCKIUS LLP
1 Ada
Irvine, California 92618
Telephone: (949) 790-6300
Facsimile: (949) 790-6301

Attorneys for Plaintiff
STEINBERG, MOORAD & DUNN INC.

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
05-15-03
MAY 15 2003
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEINBERG, MOORAD & DUNN, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAVID L. DUNN, an individual; ATHLETES FIRST, LLC, a Delaware corporation; DAVID C. HUNNEWELL, an individual; CENTURION CAPITAL MANAGEMENT, LLC, a Massachusetts limited liability company; PLATINUM EQUITY, LLC, a Delaware limited liability company; DONALD HOUSMAN, an individual; BROAD OPPORTUNITY YIELD SYSTEM, LLC (a/k/a B.O.Y.S.), a New Jersey limited liability company,<br><br>Defendants. | Case No. 01-7009 RSWL (RZx)<br><br>(Assigned For All Purposes to the Honorable Ronald S.W. Lew)<br><br>~~[AMENDED PROPOSED]~~ JUDGMENT |

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

ENTERED
CLERK, U.S. DISTRICT COURT
ENTERED
MAY 16 2003
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

MAY 16 2003

1123

1.

SFRLLIB\\CFD\\
6237726.06

2003 MAR 21 PM 3: 44
LODGED

1          This action came for trial and hearing before the Court, Honorable

2  Ronald S. W. Lew, District Judge, presiding, and the issues having been duly tried

3  and heard and a decision having been duly rendered:

### CLAIMS PERTAINING TO DAVID L. DUNN

5          **IT IS HEREBY ADJUDGED, ORDERED AND DECREED** that

6  Judgment is entered on behalf of Plaintiff Steinberg, Moorad & Dunn, Inc. ("SMD")

7  and against Defendant David L. Dunn ("Dunn") on the claims of Breach of Contract,

8  Unfair Competition, Tortious Inducement of Breach of Contract and Tortious

9  Interference with Prospective Economic Advantage in the amount of Two Million

10  Dollars ($2,000,000) in compensatory damages, plus Two Million Six Hundred Sixty

11  Thousand Dollars ($2,660,000) in punitive damages against Dunn on the claim of

12  Unfair Competition, with interest thereon as provided by law, and SMD shall recover

13  its costs of action in the amount of $_____;

14          **IT IS HEREBY FURTHER ADJUDGED, ORDERED AND**

15  **DECREED** that Dunn's employment agreement with SMD is valid;

16          **IT IS HEREBY FURTHER ADJUDGED, ORDERED AND**

17  **DECREED** that SMD is awarded its reasonable attorneys' fees against Dunn in the

18  amount of $2,746,943.68 pursuant to Dunn's employment agreement with SMD;

19          **IT IS HEREBY FURTHER ADJUDGED, ORDERED AND**

20  **DECREED** that Judgment is entered in favor of Plaintiff SMD and against ~~Cross~~- counter

21  claimant Dunn on each of Dunn's counterclaims, Dunn shall take nothing thereby

22  and the same is dismissed on the merits, and SMD shall recover its costs of action;

23  **AND**

24          **IT IS HEREBY FURTHER ADJUDGED, ORDERED AND**

25  **DECREED** that all other relief is denied.

26  ///

27  ///

28  ///

## CLAIMS PERTAINING TO ATHLETES FIRST, LLC

**IT IS HEREBY ADJUDGED, ORDERED AND DECREED** that Judgment is entered in favor of Plaintiff SMD and against Defendant Athletes First, LLC ("Athletes First") on the claims of Unfair Competition, Tortious Inducement of Breach of Contract and Tortious Interference with Prospective Economic Advantage in the amount of Twenty Million Dollars ($20,000,000) in compensatory damages, plus Twenty Million Dollars ($20,000,000) in punitive damages against Defendant Athletes First on the claim of Unfair Competition, with interest thereon as provided by law, and SMD shall recover its cost of action in the amount of $ _____;

**IT IS HEREBY FURTHER ADJUDGED, ORDERED AND DECREED** that Judgment is entered in favor of Plaintiff SMD and against counter Cross-claimant Athletes First on each of Athletes First's counterclaims and Athletes First shall take nothing thereby and the same is dismissed on the merits, and SMD shall recover its costs of action; **AND**

**IT IS HEREBY FURTHER ADJUDGED, ORDERED AND DECREED** that all other relief is denied.

## CLAIMS PERTAINING TO THE NATIONAL FOOTBALL LEAGUE PLAYERS' ASSOCIATION (NFLPA)

**IT IS HEREBY ADJUDGED, ORDERED AND DECREED** that Judgment is entered in favor of Intervenor National Football League Players Association ("NFLPA") and against SMD on the NFLPA's claim in intervention and that the NFLPA is the exclusive representative of the NFL players, and that it delegates a portion of such authority to certified contract advisors to negotiate on behalf of the players. SMD's requested injunctive relief against Defendants Dunn and Athletes First would impermissibly usurp the NFLPA's statutory authority by denying the NFLPA the right to appoint or decertify certified contract advisors according to its own regulations.

///

[SECOND MODIFIED PROPOSED] JUDGMENT

SFRLIB1\CBB\
6237726.06

## CLAIMS PERTAINING TO DEFENDANTS DAVID C. HUNNEWELL AND CENTURION CAPITAL MANAGEMENT, LLC

**IT IS HEREBY ADJUDGED, ORDERED AND DECREED** that

Judgment is entered in favor of Plaintiff SMD and against Defendants David C.

Hunnewell ("Hunnewell") and Centurion Capital Management, LLC, ("Centurion")

jointly and severally on all claims for relief asserted against Hunnewell and

Centurion in Plaintiff's Second Amended Complaint in the amount of Two Hundred

Fifty Thousand Dollars ($250,000) pursuant to their settlement agreement dated

September 2002.

## CLAIMS PERTAINING TO DEFENDANTS DONALD HOUSMAN AND BROAD OPPORTUNITY YIELD SYSTEM, LLC (a/k/a/ "B.O.Y.S")

**IT IS HEREBY ADJUDGED, ORDERED AND DECREED** that

Judgment is entered in favor of Defendants Donald Housman ("Housman") and

Broad Opportunity Yield System, LLC (a/k/a "B.O.Y.S.") and against Plaintiff SMD

on all claims for relief asserted against Housman and B.O.Y.S. in Plaintiff's Second

Amended Complaint and the same is dismissed on the merits. Defendants Housman

and B.O.Y.S. shall recover their costs of action in the amount of $_____.

///

///

///

///

///

///

///

///

///

///

///

///

1

2
<u>CLAIMS PERTAINING TO DEFENDANT PLATINUM EQUITY, LLC</u>

**IT IS HEREBY ADJUDGED, ORDERED AND DECREED** that

3   Judgment is entered in favor of Defendant Platinum Equity, LLC ("Platinum") and

4   against Plaintiff SMD on all claims for relief asserted against Platinum in Plaintiff's

5   Second Amended Complaint and the same is dismissed on the merits. Defendant

6   Platinum shall recover its costs of action in the amount of $_____.

7

8   **EXECUTION OF THIS JUDGMENT IS AUTOMATICALLY**

9   **STAYED FOR 10 DAYS PURSUANT TO FEDERAL RULE OF CIVIL**

10  **PROCEDURE 62(A). THIS JUDGMENT SHALL BE ENTERED**

11  **FORTHWITH.**

12

13

14  Dated: *MAY 14, 2003*

RONALD S.W. LEW

_____
Ronald S.W. Lew
United States District Judge

15

16

17  Submitted By:

18
*Kent M. Roger /cjB*

19  Kent M. Roger

20  DATED: March 21, 2003
Attorneys for Plaintiff STEINBERG, MOORAD & DUNN, INC.

21

22

23

24

25

26

27

28

5.

[SECOND MODIFIED PROPOSED] JUDGMENT