```
 1  Laura M. Sullivan (220529)
    Law Office of Laura M. Sullivan
 2  12481 Circula Panorama
    Santa Ana, CA 92705
 3  Telephone: 714-744-1522
    Facsimile: 714-744-1524
 4
    Attorney for
 5  DAVID L. DUNN
```



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEINBERG, MOORAD & DUNN, INC., <br> Plaintiff <br><br> v. <br><br> DAVID L. DUNN, et al., <br> Defendants | CASE NO.: 01-CV-7009 RSWL <br><br> (Assigned for all purposes to the Honorable Ronald S.W. Lew) <br><br> [~~PROPOSED~~] ORDER GRANTING DAVID L. DUNN'S *EX PARTE* APPLICATION FOR AN ORDER UNDER FRCP 60(A) CORRECTING CLERICAL ERROR IN THE OCTOBER 8, 2003 ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS <br><br> Date: N/A |



*THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP RULE 77(d)*

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court has considered the papers submitted with respect to David Dunn's *ex parte* application for an order under FRCP 60(a) correcting the clerical error in the Court's order granting Plaintiff Steinberg, Moorad & Dunn, Inc.'s motion for attorneys' fees and costs,

OCT 21 2003

[Proposed] Order Granting Dunn's Ex Parte Application for Relief Under Rule 60(a)

1  entered on October 8, 2003.

2  Having considered Dunn's *ex parte* application for
3  an order under FRCP 60(a) and finding good cause
4  therefore,

5  IT IS HEREBY ORDERED that Dunn's *ex parte*
6  application is granted and the final paragraph of the
7  order granting Plaintiff Steinberg, Moorad & Dunn,
8  Inc.'s motion for attorneys' fees and costs, entered on
9  October 8, 2003, is hereby corrected, *nunc pro tunc*, to
10 state as follows:

11 IT IS FURTHER ORDERED that Defendant David L. Dunn
12 pay to Plaintiff SMD its reasonable attorneys' fees
13 incurred in the prosecution of the above-captioned
14 action in the sum of $2,746,943.68 pursuant to the
15 attorneys' fees provision in the parties' contract,
16 plus costs of _____.

18 Dated: 10-20-03            **RONALD S.W. LEW**
19                            HONORABLE RONALD S.W. LEW

21 Respectfully submitted:

23 *[signature]*
24 Laura M. Sullivan
25 Attorney for David L. Dunn