# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| STEINBERG MOORAD & DUNN INC., a California Corporation,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>DAVID L. DUNN, an individual,<br><br>Defendant,<br><br>and<br><br>ATHLETES FIRST LLC, a Delaware Corporation,<br><br>Defendant - Appellant. | No. 03-55953<br>D.C. No. CV-01-07009-RSWL<br><br>**JUDGMENT**<br><br> |
| STEINBERG MOORAD & DUNN INC., a California Corporation,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>DAVID L. DUNN, an individual,<br><br>Defendant - Appellant,<br><br>and<br><br>ATHLETES FIRST LLC, a Delaware Corporation, | No. 03-56015<br>D.C. No. CV-01-07009-RSWL<br><br>**JUDGMENT**<br><br> |

1197

|  |  |
|---|---|
| Defendant. |  |

| | |
|---|---|
| STEINBERG MOORAD & DUNN INC., a California Corporation, | No. 03-56030<br>D.C. No. CV-01-07009-RSWL |
| Plaintiff - Appellant, | |
| v. | **JUDGMENT** |
| DAVID L. DUNN, an individual; et al., | |
| Defendants - Appellees. | |

| | |
|---|---|
| STEINBERG MOORAD & DUNN INC., a California Corporation, | No. 03-56234<br>D.C. No. CV-01-07009-RSWL |
| Plaintiff - Appellee, | |
| v. | **JUDGMENT** |
| DAVID L. DUNN, an individual; et al., | |
| Defendants, | |
| and | |
| PLATINUM EQUITY, LLC, | |
| Defendant - Appellant. | |

Appeal from the United States District Court for the Central District of California, Los Angeles.

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Los Angeles and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED IN PART, REVERSED IN PART, REMANDED**.

Filed and entered Wednesday, March 30, 2005

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
APR 21 2005
by: Deputy Clerk