**ORIGINAL**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SEND

CIVIL MINUTES - GENERAL

Case No.   CV 01-7009-RSWL                              Date: May 9, 2006

Title:   STEINBERG, MOORAD & DUNN v. DAVID L. DUNN AND ATHLETES FIRST, LLC

PRESENT: THE HONORABLE RONALD S.W. LEW, UNITED STATES DISTRICT JUDGE

| Wendy Hernandez/Kelly Davis | Sheri Kleeger |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

Kent Roger                              Mark Humenik
Christopher Banks                       Laura Sullivan

**PROCEEDINGS:** SETTLEMENT CONFERENCE

Court and counsel confer in chambers. Counsel places settlement on the record. Court accepts complete resolution of matters. All pending motions and jury trial date are **VACATED** by the Court.  Court to sign stipulation and order and judgments.



DOCKETED ON CM
MAY 1 0 2006
BY _____ 006

MINUTES FORM 11                         INITIALS OF DEPUTY CLERK kd
CIV-GEN                                 TIME: 38 min

1287