KENT M. ROGER (Bar No. 95987)
CHRISTOPHER J. BANKS (Bar No. 218779)
GREGG P. YATES (Bar No. 224641)
MORGAN LEWIS & BOCKIUS LLP
One Market – Spear Street Tower
San Francisco, California 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorneys for Plaintiff
STEINBERG, MOORAD & DUNN INC.

FILED
CLERK U S DISTRICT COURT
MAY - 9 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority Send  X
Enter  ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEINBERG, MOORAD & DUNN, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID L. DUNN, an individual; ATHLETES FIRST, LLC, a Delaware corporation; DAVID C. HUNNEWELL, an individual; CENTURION CAPITAL MANAGEMENT, LLC, a Massachusetts limited liability company; PLATINUM EQUITY, LLC, a Delaware limited liability company; DONALD HOUSMAN, an individual; BROAD OPPORTUNITY YIELD SYSTEM, LLC (a/k/a B.O.Y.S.), a New Jersey limited liability company,<br><br>Defendants. | Case No. 01-7009 RSWL (RZx)<br><br>[Hon. Ronald S.W. Lew]<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>[No Hearing Required] |

DOCKETED ON CM
MAY 1 0 2006
BY

Plaintiff Steinberg, Moorad & Dunn, Inc. ("SMD")[1] and defendants David L. Dunn ("Dunn") and Athletes First, LLC ("Athletes First") (collectively, "Defendants"), by and through their counsel of record, hereby and **AGREE AND STIPULATE** as follows:

1. That Defendants hereby withdraw their Motion Postremand for Judgment on the Pleadings and/or in the Alternative, to Strike Pursuant

---

[1] Currently known as Moorad Sports Management, Inc. After the first trial in this action, SMD changed its name to Moorad Sports Management, Inc.

1-LA/883100.1                                    -1-
                         STIPULATION AND [PROPOSED] ORDER                    1288

1   to the Ninth Circuit's Mandate; and Request to Consider Remand of
2   Any Remaining State Law Claims to State Court, set for hearing on
3   June 5, 2005 and further stipulate that neither Defendant shall renew
4   said motions or any part of them;

5.  2.  That plaintiff's Motion for Order Determining that a Right to Trial By
6       Jury Does Not Exist In This Case and plaintiff's Motion to Conform
7       Common Law Unfair Competition Claim in the Pretrial Order to
8       November 8, 2002 Jury Instruction, Or in the Alternative, Motion to
9       Amend the 2002 Pretrial Conference Order, currently set for hearing
10      on May 22, 2006, may and hereby are granted;

11. 3.  That the instant action and the action pending before this court entitled
12      Moorad Sports Management, Inc v. David Lawrence Dunn, Dist. Case
13      No. 05-1150 RSWL are hereby consolidated for all purposes, including
14      trial and that all pretrial and trial dates in effect herein are also in effect
15      for said Case No. 05-1150 RSWL;

16. 4.  That Defendants hereby forego and abandon any pending discovery of
17      plaintiffs and any third party, including without limitation: Loring
18      Ward Group; Loring Ward International; Martin Weinberg; Anita
19      Wortzman; Greg Genske; LS Legacy Sports Group, LLC; Warren
20      Moon; Leigh Steinberg; SLL Enterprises, LLC; or Tollner, Moon and
21      Steinberg Sports Management;

22. 5.  That neither defendant shall depose plaintiff's damages expert, Dr.
23      Gordon Rausser;

24. 6.  That neither defendant shall offer expert testimony or an expert report
25      on damages;

26. 7.  That within fifteen (15) calendar days of Defendants' receipt of a letter
27      from SMD requesting Defendants compliance with SMD's discovery
28      requests concerning Defendants' net worth, Defendants shall without

1-LA/883100.1                            -2-
**STIPULATION AND [PROPOSED] ORDER**

objection: (a) produce all documents responsive to Request Nos. 4-6 from SMD's February 24, 2006 Requests for the Production of Documents to Dunn and Athletes First; and (b) provide full and complete responses to Interrogatory Nos. 1-2 from SMD's February 24, 2006 Interrogatories to Dunn and Athletes First; and

8. That Defendants hereby stipulate to discovery pertaining to their communications with counsel prior to February 16, 2001, as follows, all of which shall not be governed or otherwise limited by any protective order and which shall, in whole or in part, be admissible in this or any other proceeding between the parties or their affiliates, employees, successors or assigns, at SMD's election:

   a. Within five (5) Court days of Defendants' receipt of a letter from SMD requesting Defendants' production of their pre-termination communications with counsel, Defendants shall produce to SMD all documents reflecting communications between Dunn, Brian G. Murphy, or anyone working at their direction or in concert with them, on the one hand, and any attorney, on the other hand, prior to February 16, 2001 concerning the subject matter of this litigation;

   b. Within fifteen (15) calendar days of the production of said documents described in paragraph 8(a) above, Defendants shall produce Dunn and a witness designated by Athletes First pursuant to Fed. R. Civ. P. 30(b)(6) for depositions concerning the communications between them or anyone working at their direction or in concert with them, on the one hand, and any attorney, on the other hand, that occurred prior to February 16, 2001; and

   c. SMD shall further be permitted to subpoena and take the

depositions of Brian G. Murphy, Douglas Meal, Joan Meissner and Ropes & Gray (or its successor).

Dated: May 9, 2006          MORGAN, LEWIS & BOCKIUS LLP

By _____
Kent M. Roger
Attorneys for Moorad Sports Management, Inc.

Dated: May 9, 2006          LAW OFFICES OF LAURA M. SULLIVAN

By _____
Laura M. Sullivan
Attorneys for David L. Dunn

Dated: May 9, 2006          BLECHER & COLLINS, P.C.

By _____
Maxwell M. Blecher  Mark Humenik
Attorneys for Athletes First, LLC

Pursuant to stipulation and good cause appearing therefor, **IT IS SO ORDERED.**

**RONALD S.W. LEW**

_____
Hon. Ronald S.W. Lew
Date: May 9, 2006