FRANKLIN BROCKWAY GOWDY (Bar No.: 47918)
KENT M. ROGER (Bar No.: 95987)
ROLLIN B. CHIPPEY (Bar No. 107941)
CHRISTOPHER J. BANKS (Bar No. 218779)
MORGAN LEWIS & BOCKIUS LLP
One Market – Spear Street Tower
San Francisco, California 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorneys for Plaintiff
STEINBERG, MOORAD & DUNN INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOORAD SPORTS MANAGEMENT, INC. (f/k/a/ STEINBERG, MOORAD & DUNN, INC.), a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID L. DUNN, an individual; ATHLETES FIRST, LLC, a Delaware corporation; DAVID C. HUNNEWELL, an individual; CENTURION CAPITAL MANAGEMENT, LLC, a Massachusetts limited liability company; PLATINUM EQUITY, LLC, a Delaware limited liability company; DONALD HOUSMAN, an individual; BROAD OPPORTUNITY YIELD SYSTEM, LLC (a/k/a B.O.Y.S.), a New Jersey limited liability company,<br><br>Defendants. | Case No. 01-7009 RSWL (RZx)<br><br>[Hon. Ronald S.W. Lew]<br><br>**JUDGMENT**<br><br>[No Hearing Required] |

Plaintiff, Moorad Sports Management, Inc., and Defendants David L. Dunn and Athletes First, LLC, having stipulated thereto pursuant to the terms of a Settlement Agreement, and good cause appearing therefor, it is hereby ordered, adjudged and decreed that judgment be entered herein as follows:

1. In favor of Plaintiff, Moorad Sports Management, Inc., and against Defendants David L. Dunn and Athletes First, LLC, jointly and severally, in the sum of two million two hundred fifty thousand dollars and no cents

1  ($2,250,000.00); and

2      2.    That each party hereto shall bear their own costs of suit and attorneys

3  fees.

4  Dated: May 9, 2006

                                    RONALD S.W. LEW

                                    Ronald S.W. Lew
                              UNITED STATES DISTRICT COURT JUDGE

Approved as to form:

Dated: May 9, 2006        MORGAN, LEWIS & BOCKIUS, LLP

                                    By _____
                                    Kent M. Roger
                                    Attorneys for Moorad Sports Management, Inc.

Dated: May 9, 2006        BLECHER & COLLINS, P.C.

                                    By _____
                                    Maxwell M. Blecher /Mark Humenik/
                                    Attorneys for Athletes First, LLC

Dated: May 9, 2006        LAW OFFICES OF LAURA M. SULLIVAN

                                    By _____
                                    Laura M. Sullivan
                                    Attorneys for David L. Dunn